No. 16,648.

FERKOVICH *v.* FERKOVICH.

(233 P. [2d] 384)

Decided June 11, 1951.   Rehearing denied July 2, 1951.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ROMILLY FOOTE, Mr. ANGELO F. MOSCO, for plaintiff in error.

Mr. FRANK H. HALL, for defendant in error.